# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JENE B. ELDER, et al., individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>vs.<br><br>RELIANCE WORLDWIDE CORPORATION, a Delaware Corporation; and HOME DEPOT U.S.A., INC., a Delaware Corporation,<br><br>   Defendants. | CIVIL ACTION FILE<br><br>NO. 1:20-CV-1596-AT |

## J U D G M E N T

This action having come before the court, Honorable Amy Totenberg, United States District Judge, for consideration of the Motion for approval of settlement class and for attorneys' fees, it is

**Ordered and Adjudged** that the settlement is fully and finally approved by the Court. Class Counsel is AWARDED $1,916,065.00 in attorneys' fees and expenses in the amount of $160,805.55. Each settlement class representative is given a service award of $5,000 for a total of $35,000. This action is dismissed.

Dated at Atlanta, Georgia, this 28th day of January, 2025.

                  KEVIN P. WEIMER
                  CLERK OF COURT

             By:   s/Jill Ayers_____
                , Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
January 28, 2025
Kevin P. Weimer
Clerk of Court
By:  s/Jill Ayers_____
   Deputy Clerk